# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.A., *a minor, by and through her Guardian Ad Litem, David Adams*,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA INTERSCHOLASTIC FEDERATION,<br><br>Defendant. | Case No. 1:26-cv-04232-KES-SAB<br><br>ORDER REGARDING STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS<br><br>(ECF No. 13) |

Pending before the Court is a stipulation from the parties seeking to continue the hearing on Defendant's motion to dismiss. (ECF No. 13.) For good cause shown, the Court approves the stipulation and ORDERS that the hearing on Defendant's motion to dismiss is CONTINUED to **December 2, 2026, at 10:00 a.m.**

IT IS SO ORDERED.

Dated: **November 9, 2026**

STANLEY A. BOONE
United States Magistrate Judge